## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RODNEY R. URY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:10CV116** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **UNION PACIFIC RAILROAD** | ) | |
| **COMPANY, a Delaware Corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion for leave to withdraw of William M. Lamson, Jr. and the law firm of Lamson, Dugan and Murray, LLP (Filing No. 33), as counsel for the defendant.  The court notes other counsel represents the defendant.  **See** Filing No. 14 - Entry of Appearance.  The court finds moving counsel has shown good cause for withdrawal as required under NEGenR 1.3(f).  Upon consideration,

**IT IS ORDERED:**

1.     The motion for leave to withdraw of William M. Lamson, Jr. and the law firm of Lamson, Dugan and Murray, LLP (Filing No. 33) as counsel for the defendant is granted.

2.     The Clerk of Court shall stop all electronic notices to  William M. Lamson, Jr. and the law firm of Lamson, Dugan and Murray, LLP regarding this case.

DATED this 14th day of March, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge