IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RODNEY R. URY, ) | |
| ) | 8:10 CV00116 |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER FOR DISMISSAL |
| ) | WITH PREJUDICE |
| UNION PACIFIC RAILROAD ) | |
| COMPANY, a Delaware Corporation ) | |
| ) | |
| Defendant. ) | |

Upon the parties' joint stipulation for dismissal with prejudice (filing 52), this matter is dismissed with prejudice with each party to pay their own attorney's fee and costs.

DATED this 24th of January, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge